Opinion filed September 6, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed September 6, 2007 

 

 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00229-CR 

                                                    __________

 

                                  KENNETH LANE PAIGE, Appellant

                                                             V.

                                        STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 104th District Court

                                                          Taylor
County, Texas

                                                Trial
Court Cause No. 15003-B1

 



 

                                                                   O
P I N I O N

The
trial court modified the terms and conditions of Kenneth Lane Paige=s community supervision.  He filed a pro se notice of appeal.  Counsel has been appointed.

As
counsel points out in his letter dated August 9, 2007, the trial court=s order modifying the terms and conditions
of community supervision is not an appealable order.

Therefore,
the appeal is dismissed for want of jurisdiction.

 

September 6, 2007                                                                   PER
CURIAM

Do not publish.  See Tex.
R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange, J.